**215 So.2d 440**

**James ROBINSON**

**v.**

**STATE.**

**5 Div. 870.**

Supreme Court of Alabama.

Oct. 31, 1968.

---

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., for petitioner.

Russell, Raymon & Russell, Tuskegee, opposed.

LAWSON, Justice.

Petition of the State, on the relation of its Attorney General for Certiorari to the Court of Appeals to review and revise the judgment and decision in Ex parte Robinson, 44 Ala.App. 469, 213 So.2d 409.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

---

**217 So.2d 535**

**S. T. RUSSELL**

**v.**

**J. L. CRENSHAW.**

**3 Div. 371.**

Supreme Court of Alabama.

Jan. 2, 1969.

---

Elno A. Smith, Jr., Montgomery, for appellant.

Crenshaw & Waller, Montgomery, for appellee.

BLOODWORTH, Justice.

The judgment of the circuit court is affirmed on the authority of Russell v. Waller et al., 283 Ala. 385, 217 So.2d 534 (decided this date.)

Affirmed.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.